UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search of:

No. _____4:21-mj-226_____

21-244-04

**REDACTED APPLICATION FOR
SEARCH AND SEIZURE WARRANT**

I, Joe Joswiak, being duly sworn depose and say:

I am a Task Force Officer with the United States Department of Justice,
Drug Enforcement Administration (DEA) and have reason to believe that on the
property or premises as fully described in Attachment A, attached hereto and
incorporated herein by reference, there is now concealed certain property,
namely: that which is fully described in Attachment B, attached hereto and
incorporated herein by reference, which I believe is property constituting
evidence of the commission of criminal offenses, contraband, the fruits of crime,
or things otherwise criminally possessed, or property designed or intended for
use or which is or has been used as the means of committing criminal offenses,
concerning violations of ███████████████████████████████████
███████████████████████████████████████████████████

The facts to support a finding of Probable Cause are contained in my
Affidavit filed herewith.

_____
Joe Joswiak, Task Force Officer
Drug Enforcement Administration

Sworn and subscribed to before me, telephonically, on the 7th day of
December, 2021, at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search of:

21-244-04

No. ___4:21-mj-226_____

**REDACTED SEARCH AND
SEIZURE WARRANT**

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the following property more fully described in Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal evidence of violations of ██████████████████████ ██████████████████████████ hich is more fully described in Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before
December 21, 2021 _____ (not to exceed 14 days)
☐ in the daytime – 6:00 a.m. to 10:00 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.

December 7, 2021 at 4:30 p.m. CST ____ at Sioux Falls, South Dakota
Date and Time Issued Telephonically

*Veronica L. Duffy*

VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding    No. _____4:21-mj-226_____

21-244-04                                **REDACTED ATTACHMENT A**

**Property to be Searched**

1. The cellular telephone assigned call number ████████ ("**Target Cell
   Phone**") that is stored at premises controlled by Cellco Partnership, dba
   Verizon  Wireless,  Inc.,  a  wireless  telephone  service  provider,
   headquartered at 180 Washington Valley Road, Bedminster, NJ 07921

2. Records and information about the location of the Target Telephone that
   is within the possession, custody, or control of Verizon Wireless, including
   information  about  the  location  of  the  cellular  telephone  if  it  is
   subsequently assigned a different call number.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding   No. _____4:21-mj-226_____

21-244-04                                **REDACTED ATTACHMENT B**

**Particular Things to be Seized**

**I.   Information to be Disclosed by the Provider**



## II.    Information to be Seized by the Government

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search Regarding | No. _____4:21-mj-226_____ |
| 21-244-04 | **REDACTED AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT** |

I, Task Force Officer Joe Joswiak, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c)(1)(A) for information about the location of the cellular telephone, ██████ ██████ ████████████████████████████████████ fully described in Attachment A, attached hereto and incorporated herein by reference (the "**TARGET CELL PHONE**"), whose service provider is Cellco Partnership, dba Verizon Wireless, Inc., a wireless telephone service provider, headquartered at 180 Washington Valley Road, Bedminster, NJ 07921.  The location information to be seized is described herein and in Attachment B, attached hereto and incorporated herein by reference.

2.      I am a Task Force Officer with the United States Department of Justice, Drug Enforcement Administration (DEA) currently employed by the City of Worthington, Minnesota and am licensed in the State of Minnesota as a Peace Officer. I am currently assigned to the DEA Sioux Falls Resident Office (SFRO) and empowered to conduct investigations of drug trafficking and money laundering violations under Titles 18 and 21 of United States Code. I have been employed as a law enforcement officer by the Worthington Police Department approximately 10.5 years and have spent the last 6.5 years as an investigator specifically investigating drug crimes.

3.      Based on my training, experience, and participation in investigations of state and federal narcotics violations, I am familiar with drug organizations and know that such organizations will commonly compartmentalize members in an effort to limit individual knowledge of the operations of the organization to as few persons as possible. To minimize their risk of apprehension, leaders of drug organizations commonly attempt to distance themselves from drugs and proceeds, leaving subordinates to drive vehicles and move drugs and drug proceeds from place to place. Through these investigations, my experience and training, and conversations with other law enforcement personnel, I have become familiar with the methods used

[1]

by drug traffickers to smuggle and safeguard drugs, to distribute drugs, and to collect and launder drug-related funds. I am particularly familiar with methods employed by larger drug organizations and the sophisticated tactics utilized. These tactics include the use of cellular telephone technology, text messaging, counter-surveillance, elaborately planned smuggling schemes tied to legitimate businesses, false or fictitious identities, and coded communications and conversations. This knowledge has been particularly useful and relevant to this investigation.

4.     Further, based on my training and experience in investigating drug trafficking offenses, I have interviewed numerous criminals regarding the transportation and sales of drugs. During many of these investigations, the criminals have admitted to their modus operandi and their utilization of telephones. Based on my experience in conducting these investigations, I have developed skills in this area and can determine when telephonic information devices are essential to a successful investigation.

5.     I know, from training and experience in the field of drug enforcement that individuals involved in crimes of possession for sale, sales, and transportation of controlled substances (including crystal methamphetamine, heroin, fentanyl, and cocaine), often utilize cellular telephones and text messaging to arrange their crimes or coordinate with co-conspirators. Numerous times, drug dealers place these telephones in the names of family, friends, or fictitious names, and/or purchase unsubscribed prepaid cellular telephones to avoid detection. Another technique often used by drug traffickers to avoid detection is the use of coded conversations and vague terminology to discuss drug transactions. For example, rather than use the words "drugs," "narcotics," "cocaine," or "methamphetamine," drug dealers will use a variety of different code words. Similarly, drug traffickers will often use vague terms in order to avoid talking about specific locations, currency, and drug amounts.

6.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.     Based on the facts set forth in this affidavit, I believe there is probable cause to believe that violations of ███████████████████████████████ ███████████████████████████████████████, and others. There is also probable cause to believe that the location information described in Attachment B will constitute evidence of these criminal violations and will lead to the identification of individuals who are engaged in the commission of these offense.

## PROBABLE CAUSE

███████████████████████████████████████████
███████████████████████████████████████████

[2]



[3]



[4]





[6]





[8]



[9]



[10]

Task Force Officer Joe Joswiak
Drug Enforcement Administration


Subscribed and Sworn to me telephonically on the 7th ____ day of December, 2021, in Sioux Falls, South Dakota.

VERONICA L. DUFFY
United States Magistrate Judge

[11]