UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search of:  No. 4:21-mj-226

21-244-04  **REDACTED RETURN**

Date and time warrant executed: 12/8/2021 12:17 PM

Copy of warrant and inventory left with: Cellco Partnership DBA Verizon Wireless

Inventory made in the presence of: SA Zach Gauger, TFO Joe Joswiak

Inventory of the property taken and name of any person(s) seized (attach additional sheets, if necessary):

| **CERTIFICATION** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>_____<br>Joe Joswiak, Task Force Officer<br>Drug Enforcement Administration |